PROPOSED ORDER/COVER SHEET                         RECEIVED
                                                    MAY 17 2006

TO:     Honorable Howard Lloyd              RE:   David Cunningham
        U.S. Magistrate Judge

FROM:   Claudette M. Silvera, Chief         DOCKET NO.:   CR 05-000418 JF
        U.S. Pretrial Services Officer

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

        Hien T. Nguyen                            408-535-5027
                                            TELEPHONE NUMBER

RE:  MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

**FILED**

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

JUN 21 2006

☑ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. __2__ on __6/24/06__ at __9:30 AM__

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)
    A.
    B.

☐ Bail Revoked/Bench Warrant Issued.

☑ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____          May 18, 2006
JUDICIAL OFFICER                          DATE

Cover Sheet (12/03/02)