**E-filed 7/25/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID MICHAEL CUNNINGHAM , ) <br> ) <br> Defendant. ) <br> ) | No. CR 05-00418 ~~RMW~~  JF <br><br> **ORDER GRANTING PARTIES STIPULATED REQUEST FOR CONTINUANCE AND SPEEDY TRIAL ACT EXCLUSION** |

Based on a stipulated request by both the prosecution and the defense, and for good cause shown, the court ORDERS that the current trial setting hearing date of July 17, 2006, is VACATED. The court re-sets the trail setting hearing for Monday, September 4, 2006, at 9:00 a.m.

Based on the same stipulation, the court further FINDS that the period of delay between July 17, 2006, and September 4, 2006, will serve the ends of justice, and outweighs the best interests of the public and the defendant in a speedy trial. It does so by allowing the defendant to continue efforts to reach a negotiated disposition with the prosecution, and allow his current counsel, Assistant Federal Public Defender Jay Rorty, to continue to represent him despite plans to be out of the district for two weeks. Accordingly, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv)

1  the court ORDERS that the period of time between July 17, 2006, and September 4, 2006, is
2  excluded from the Speedy Trial Act time limits.
3          IT IS SO ORDERED.
4
5  Date:   7/25/06
                                              _____
6                                              HONORABLE RONALD M. WHYTE  JEREMY FOGEL
                                               United States District Court Judge

USA's ...
[CR ]                                    2