BARRY J. PORTMAN
Federal Public Defender
JAY RORTY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

*Counsel for Defendant DAVID CUNNINGHAM*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID CUNNINGHAM, ) <br> ) <br> Defendant. ) <br> _____) | No. CR 05-00418 JF <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS DATE** |

Assistant United States Attorney Gary Fry and defendant, David Cunningham, through his counsel, Assistant Federal Public Defender Jay Rorty, stipulate and agree that the status date in the above-captioned matter, presently scheduled for September 6, 2006 at 9:00 a.m. should be continued to September 27, 2006 at 9:00 a.m.

The reason for this continuance is to allow the parties to prepare a plea agreement.

Dated: September 6, 2006                    _____/S/_____
                                            JAY RORTY
                                            Assistant Federal Public Defender


Dated: September 6, 2006                    _____/S/_____
                                            GARY FRY
                                            Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00418 JF |
| ) | |
| Plaintiff, ) | **[PROPOSED]** ORDER CONTINUING STATUS DATE |
| ) | |
| v. ) | |
| ) | |
| DAVID CUNNINGHAM, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties have jointly requested to continue the status date set for September 6, 2006 to September 27, 2006 at 9:00 a.m. so that the parties can prepare a plea agreement.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date presently set for September 6, 2006 be continued to September 27, 2006 at 9:00 a.m. Pursuant to the parties' stipulation.

Dated: September _8_ , 2006

_____
JEREMY FOGEL
United States District Judge

2